COPY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    PLAINTIFF,<br><br>v.<br><br>PARK JIN HYOK, also known as ("aka")<br>"Jin Hyok Park," aka "Pak Jin Hek,"<br><br>                    DEFENDANT(S) | **WARRANT FOR<br>ARREST**<br><br>ON COMPLAINT<br><br>CASE NO.: MJ 18-1479 |

To:   UNITED STATES MARSHAL AND ANY AUTHORIZED UNITED STATES OFFICER

**YOU ARE HEREBY COMMANDED** to arrest **PARK JIN HYOK** and bring him/her forthwith to the nearest Magistrate Judge to answer a complaint charging him/her with **Conspiracy to Gain Unauthorized Access to Computers and Conspiracy to Commit Wire Fraud**, in violation of Title 18, United States Code, Sections 371, and 1349.

REC: BY STEPHANIE S. CHRISTENSEN   Detention
       ANTHONY J. LEWIS
       ANIL J. ANTONY

6-8-18 @ 9:59 a.m.
Date

Honorable Rozella A. Oliver
Name of Magistrate Judge

ROZELLA A. OLIVER
Signature of Magistrate Judge



### RETURN
This warrant was received and executed with the arrest of the above-named defendant at (location):

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

DESCRIPTIVE INFORMATION FOR DEFENDANT CONTAINED ON PAGE TWO

## ADDITIONAL DEFENDANT INFORMATION

| RACE: | SEX: | HEIGHT: | WEIGHT: | HAIR: | EYES: | OTHER: | |
|---|---|---|---|---|---|---|---|
| DATE OF BIRTH: | | PLACE OF BIRTH: | | SOCIAL SECURITY NO.: | | DRIVER'S LICENSE NO. | ISSUING STATE |
| ALIASES: | | SCARS, TATTOOS OR OTHER DISTINGUISHING MARKS: | | | | | |
| AUTO YEAR: | AUTO MAKE: | AUTO MODEL: | | AUTO COLOR: | | AUTO LICENSE NO.: | ISSUING STATE |

| LAST KNOWN RESIDENCE: | LAST KNOWN EMPLOYMENT: |
|---|---|

| FBI NUMBER: |
|---|

| ADDITIONAL INFORMATION: |
|---|

| INVESTIGATIVE AGENCY NAME: | INVESTIGATIVE AGENCY ADDRESS: |
|---|---|

| NOTES: |
|---|