# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br>                    PLAINTIFF,<br><br>v.<br><br>JON CHANG HYOK,<br>  aka "Quan Jiang,"<br>  aka "Alex Jiang,"<br><br><br>                    DEFENDANT | CASE NUMBER:<br><br>2:20-cr-00614-DMG          1<br><br><br>**WARRANT FOR ARREST** |
|---|---|

To:   UNITED STATES MARSHAL AND ANY AUTHORIZED UNITED STATES OFFICER

**YOU ARE HEREBY COMMANDED** to arrest **JON CHANG HYOK**, aka "Quan Jiang," aka "Alex Jiang," and bring him forthwith to the nearest Magistrate Judge to answer an Indictment charging him with Conspiracy and Conspiracy to Commit Wire Fraud and Bank Fraud, in violation of Title 18, United States Code, Sections 371 and 1349.

| Kiry K. Gray<br>NAME OF ISSUING OFFICER<br><br>Clerk of Court<br>TITLE OF ISSUING OFFICER<br><br>    Johanie Banegas<br>SIGNATURE OF DEPUTY CLERK | December 8, 2020        Los Angeles, CA<br>DATE AND LOCATION OF ISSUANCE<br><br>By:   **CHARLES F. EICK**<br>        NAME OF JUDICIAL OFFICER |
|---|---|

**RETURN**

THIS WARRANT WAS RECEIVED AND EXECUTED WITH THE ARREST OF THE ABOVE-NAMED DEFENDANT AT (LOCATION)

| DATE RECEIVED | NAME OF ARRESTING OFFICER |
|---|---|
| DATE OF ARREST | TITLE |
| **DESCRIPTIVE INFORMATION FOR DEFENDANT CONTAINED ON PAGE TWO** | SIGNATURE OF ARRESTING OFFICER |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br>                    PLAINTIFF,<br>v.<br>JON CHANG HYOK,<br>  aka "Quan Jiang,"<br>  aka "Alex Jiang,"<br><br>                    DEFENDANT | CASE NUMBER:<br><br>2:20-cr-00614-DMG           1<br><br>**WARRANT FOR ARREST** |
|---|---|

**ADDITIONAL DEFENDANT INFORMATION**

| RACE: | SEX: | HEIGHT: | WEIGHT: | HAIR: | EYES: | OTHER: |
|---|---|---|---|---|---|---|
| YEAR OF BIRTH:<br>**1989** | | PLACE OF BIRTH: | | SOCIAL SECURITY NO.: | DRIVER'S LICENSE NO. | ISSUING STATE |
| ALIASES: | | SCARS, TATTOOS OR OTHER DISTINGUISHING MARKS: | | | | |
| AUTO YEAR: | AUTO MAKE: | AUTO MODEL: | | AUTO COLOR: | AUTO LICENSE NO.: | ISSUING STATE |

| LAST KNOWN RESIDENCE: | LAST KNOWN EMPLOYMENT: |
|---|---|

FBI NUMBER:

ADDITIONAL INFORMATION:

| INVESTIGATIVE AGENCY NAME:<br>**Federal Bureau of Investigation** | INVESTIGATIVE AGENCY ADDRESS: |
|---|---|

NOTES: